UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FENXIANG ZHANG, ET AL.,

        Plaintiffs,

- against -

HIRO SUSHI AT OLLIES INC., ET AL.,

        Defendants.

17-cv-7066 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

The plaintiffs are entitled to a default judgment against the defaulting defendants (1) Hiro Sushi at Ollie's Inc. d/b/a/ Hiro Sushi at Ollie's; (2) Tao Rong a/k/a Cindy Rong; and (3) Yi Lu. The amount of damages has yet to be liquidated.

**SO ORDERED.**

Dated:   New York, New York
         November 26, 2019

                                    John G. Koeltl
                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11-27-19