USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GENXIANG ZHANG, *et al.*,

                Plaintiffs,

-against-

HIRO SUSHI AT OLLIES INC. d/b/a Hiro Sushi at Ollie's, *et al.*,

                Defendants.

---

17cv7066 (JGK) (DF)

**ORDER**

**DEBRA FREEMAN, United States Magistrate Judge:**

This case having been referred to this Court by the Hon. John G. Koeltl, U.S.D.J, for general pretrial supervision (Dkt. 119), and discovery in the action having now been completed,[1] it is hereby ORDERED that counsel shall file a joint status report no later than January 28, 2020, regarding the potential for the settlement of this action. Counsel are also directed to Judge Koeltl's Individual Practices with respect to the filing of motions for summary judgment and the submission of pretrial materials.

Dated: New York, New York
       January 23, 2020

                                          SO ORDERED

                                          _____
                                          DEBRA FREEMAN
                                          United States Magistrate Judge

Copies to:

All counsel (via ECF)

---

[1] Although the discovery cut-off had already passed, this Court granted the parties leave to depose to two opt-in plaintiffs on December 26, 2019. (Dkt. 123.)