USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
GENXIANG ZHANG; and
XINHUI ZHANG
*On behalf of themselves and others similarly situated,*
        Plaintiffs,

    v.

HIRO SUSHI AT OLLIES, Inc.
  d/b/a Hiro Sushi at Ollie's,
FREEDOM PLACE REST LLC,
  d/b/a Hiro Sushi at Ollie's,
39 WEA FOOD GROUP, Inc.,
  d/b/a Mah Jong Chinese Kitchen,
TAO RONG
   a/k/a Cindy Rong,
YI LU,
ALAN PHILLIPS,
CHRISTOPHER J. PHELAN, and
SHLOMO SELA
        Defendants.
------------------------------------------------------------------x

Case No. 17-cv-7066 (JPC)-(DCF)

**[PROPOSED]**
**JUDGMENT AGAINST**
**DEFENDANTS FREEDOM**
**PLACE REST LLC d/b/a HIRO**
**SUSHI AT OLLIE'S, 39 WEA**
**FOOD GROUP, INC. d/b/a MAH**
**JONG CHINESE KITCHEN only**

The Honorable John P. Cronan, District Judge:

  **WHEREAS** Defendants FREEDOM PLACE REST LLC d/b/a HIRO SUSHI AT OLLIE'S, 39 WEA FOOD GROUP, INC. d/b/a MAH JONG CHINESE KITCHEN, by their attorney Raymond Nardo of the Law Office of Raymond Nardo, P.C., having offered, pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, to allow judgment in favor of Plaintiffs and any Opt-In Plaintiffs (*Collectively Plaintiffs*) to be taken against them in the amount of $25,000.00 including attorney fees, costs, and other expenses now accrued; the offer of judgment is made for purposes specified in Rule 68, and is not to be construed as an admission that the offerors are liable in this action or that consent Plaintiffs suffered any damage; Plaintiffs, through John Troy, Troy Law PLLC, on  having accepted and provided notice that they have accepted Defendants'

FREEDOM PLACE REST LLC d/b/a HIRO SUSHI AT OLLIE'S, 39 WEA FOOD GROUP, INC. d/b/a MAH JONG CHINESE KITCHEN **only** Offer of Judgment, dated December 10, 2020, and the matter having come before this Court, the Court now render it Order, that the Clerk should enter judgment dismissing the case in accordance with the acceptance of offer of judgment pursuant to Fed. R. Civ. P. 68 and directing the Clerk to close this case **only** for Defendants FREEDOM PLACE REST LLC d/b/a HIRO SUSHI AT OLLIE'S, 39 WEA FOOD GROUP, INC. d/b/a MAH JONG CHINESE KITCHEN and It is hereby:

**ORDERED, ADJUDGED, AND DECREED**, that for the reasons stated in the offer and acceptance of judgment pursuant to Rule 6, the Clerk shall enter judgment in the amount of **Twenty-Five Thousand Dollars ($25,000)**, jointly and severally against Defendants FREEDOM PLACE REST LLC d/b/a HIRO SUSHI AT OLLIE'S, 39 WEA FOOD GROUP, INC. d/b/a MAH JONG CHINESE KITCHEN **only**, including attorney's fees and costs now accrued in five (5) equal installments with the following payment schedule:

1. First installment to be paid within 15 days after entry of judgment;

2. Second Installment to be paid within 45 days after entry of judgment;

3. Third installment to be paid within 75 days after entry of judgment.

4. Fourth installment to be paid within 105 days after entry of judgment

5. Fifth installment to be paid within 135 days after entry of judgment

**WHEREAS if any amounts remain unpaid**, upon the aforementioned schedule, that post-judgment interest shall accrue pursuant to 28 U.S.C. 1961; and

**WHEREAS** upon the expiration of 90 days following the issuance of judgment, or 90 days after expiration of the time of appeal and no appeal is then pending, or 90 days following a

default whichever is later, the <u>total amount of judgment shall automatically increase by fifteen percent</u>, as required by NYLL 198(4) of the New York Labor Law.

Accordingly, judgment is entered against Defendants FREEDOM PLACE REST LLC d/b/a HIRO SUSHI AT OLLIE'S, 39 WEA FOOD GROUP, INC. d/b/a MAH JONG CHINESE KITCHEN **only** and the case is closed against Defendants FREEDOM PLACE REST LLC d/b/a HIRO SUSHI AT OLLIE'S, 39 WEA FOOD GROUP, INC. d/b/a MAH JONG CHINESE KITCHEN **only**.

Dated:  December 16, 2020                                      _____

John P Cronan, U.S.D.J.