```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
GENXIANG ZHANG et al.,                                           :
                                                                 :
                        Plaintiffs,                              :
                                                                 :        17 Civ. 7066 (JPC)
        -v-                                                      :
                                                                 :               ORDER
HIRO SUSHI AT OLLIE'S INC.                                       :
d/b/a Hiro Sushi at Ollie's et al.,                              :
                                                                 :
                        Defendants.                              :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On July 8, 2020, the Honorable John G. Koeltl, to whom this case was previously assigned, referred this matter to the Honorable Debra Freeman, United States Magistrate Judge, for consideration of Plaintiffs' motion for attorneys' fees against Defendants Hiro Sushi at Ollie's Inc., d/b/a Hiro Sushi at Ollie's, Tao Rong, a/k/a "Cindy Rong," and Yi Lu (collectively, the "Defaulting Defendants"). Dkt. 136. On August 22, 2020, Plaintiffs filed proposed findings of fact and conclusions of law in connection with their request for damages, Dkts. 141-42, as well as a motion for attorneys' fees, Dkts. 143-45. This case was reassigned to the undersigned on September 29, 2020. In light of the undersigned's intention to resolve Plaintiffs' pending requests for damages and attorneys' fees, it is hereby ORDERED that the July 8, 2020 Order referring this matter to Judge Freeman for consideration of Plaintiffs' motion for attorneys' fees against the Defaulting Defendants is withdrawn.

      The Clerk of Court is respectfully directed to close the order of referral to Judge Freeman as to Plaintiffs' pending motion for attorneys' fees.

      SO ORDERED.

Dated: March 28, 2022
       New York, New York

                                          JOHN P. CRONAN
                                    United States District Judge