```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :
GENXIANG ZHANG et al.,                              :
                                                    :
                              Plaintiffs,           :
                                                    :        17 Civ. 7066 (JPC)
        -v-                                         :
                                                    :                ORDER
HIRO SUSHI AT OLLIE'S INC.                          :
d/b/a Hiro Sushi at Ollie's et al.,                 :
                                                    :
                              Defendants.           :
                                                    :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The request by Troy Law, PLLC for leave to file a motion to withdraw as counsel for Plaintiff Genxiang Zhang, Dkt. 165, is denied without prejudice. The Court finds that counsel's attempts to contact Plaintiff Zhang by sending two text messages and making one telephone call over an approximately one-month period is insufficient to demonstrate that Plaintiff Zhang is being uncooperative or that he does not want to be a part of this lawsuit. Counsel also has not indicated whether they communicated their intent to withdraw as counsel to Plaintiff Zhang in this action and whether Plaintiff Zhang consents to the withdrawal. Troy Law, PLLC is hereby directed to confer with Plaintiff Zhang and submit a letter by May 16, 2022, advising the Court as to the following:

- Whether Plaintiff Zhang still intends to prosecute his claims against the three remaining Defendants, Hiro Sushi at Ollies Inc., Tao Rong, and Yi Lu (the "Defaulting Defendants"), and

- Whether Plaintiff Zhang consents to Troy Law, PLLC's request to withdraw as counsel for Plaintiff Zhang in this action.

If Plaintiff Zhang does not intend to pursue his claims against the Defaulting Defendants, counsel shall advise the Court whether Plaintiff Zhang requests dismissal of his claims as to the Defaulting

Defendants. If Plaintiff Zhang does intend to pursue his claims against the Defaulting Defendants, counsel shall include a request for an extension of time to file the supplemental declaration from Plaintiff Zhang. In the event counsel is unable to get in contact with Plaintiff Zhang, the letter shall describe counsel's efforts to contact Plaintiff Zhang, including the method and frequency of their efforts to contact Plaintiff Zhang, and whether counsel notified Plaintiff Zhang of their intent to withdraw.

    SO ORDERED.

Dated: April 29, 2022
       New York, New York

                                JOHN P. CRONAN
                            United States District Judge