UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
GENXIANG ZHANG *et al.*,                                          :
                                                                  :
                                    Plaintiffs,                   :
                                                                  :          17 Civ. 7066 (JPC)
                    -v-                                            :
                                                                  :          <u>ORDER</u>
HIRO SUSHI AT OLLIE'S INC.                                        :
d/b/a Hiro Sushi at Ollie's *et al.*,                             :
                                                                  :
                                    Defendants.                   :
                                                                  :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On April 29, 2022, the Court denied the request by Troy Law, PLLC for leave to file a motion to withdraw as counsel for Plaintiff Genxiang Zhang without prejudice.  Dkt. 166.  In that order, the Court also directed Troy Law, PLLC to confer with Plaintiff Zhang and to submit a letter by May 16, 2022, advising the Court as to the following:

- Whether Plaintiff Zhang still intends to prosecute his claims against the three remaining Defendants, Hiro Sushi at Ollies Inc., Tao Rong, and Yi Lu (the "Defaulting Defendants"), and

- Whether Plaintiff Zhang consents to Troy Law, PLLC's request to withdraw as counsel for Plaintiff Zhang in this action.

If Plaintiff Zhang does not intend to pursue his claims against the Defaulting Defendants, counsel was directed to advise the Court whether Plaintiff Zhang requests dismissal of his claims as to the Defaulting Defendants.  If Plaintiff Zhang does intend to pursue his claims against the Defaulting Defendants, counsel was to include a request for an extension of time to file the supplemental declaration from Plaintiff Zhang.  Furthermore, in the event counsel is unable to get in contact with Plaintiff Zhang, counsel was directed to include in their letter an explanation of their efforts to contact Plaintiff Zhang, including the method and frequency of their efforts to contact Plaintiff

Zhang, and whether counsel notified Plaintiff Zhang of their intent to withdraw.

The May 16, 2022 deadline has passed and counsel for Plaintiff Zhang has not filed any letter on the docket as directed by the Court.  Accordingly, it is hereby ORDERED that, by May 20, 2022, Troy Law, PLLC shall file such letter in accordance with the Court's directive in its April 29, 2022 Order.  In that letter, Troy Law, PLLC shall also provide an explanation as to why it failed to file a letter by the May 16, 2022 deadline.

SO ORDERED.

Dated: May 18, 2022
      New York, New York

_____
JOHN P. CRONAN
United States District Judge