```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
GENXIANG ZHANG et al.,                                                 :
                                                                       :
                              Plaintiffs,                              :
                                                                       :    17 Civ. 7066 (JPC)
             -v-                                                       :
                                                                       :    ORDER
HIRO SUSHI AT OLLIE'S INC.                                             :
d/b/a Hiro Sushi at Ollie's et al.,                                    :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On June 3, 2022, Troy Law, PLLC, counsel for Plaintiff Genxiang Zhang, filed a letter requesting that the Court grant counsel "leave to file a motion to withdraw as to plaintiff Genxiang Zhang due to his non-cooperation with plaintiff[s'] counsel." Dkt. 170.

It is hereby ORDERED that counsel for Plaintiff Genxiang Zhang shall appear in person for a conference on June 14, 2022, at 3:00 p.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, to discuss counsel's anticipated motion to withdraw. At that conference, counsel for Plaintiff Genxiang Zhang shall be prepared to discuss the following:

- Counsel's efforts to contact Plaintiff Genxiang Zhang, including the method and frequency of their efforts;

- Whether the remaining Plaintiffs still intend to proceed as to their pending motions for damages and attorneys' fees against the defaulting Defendants;

- Counsel's views as to how the Court should address Plaintiff Genxiang Zhang's pending motions for damages and attorneys' fees against the defaulting Defendants;

- Whether counsel intends to assert a retaining or charging lien in connection with their application to withdraw as counsel for Plaintiff Genxiang Zhang; and

- Why it is appropriate for Troy Law, PLLC to withdraw as counsel for Plaintiff Genxiang Zhang at this juncture, especially in light of the fact that this case has been pending for nearly five years.

SO ORDERED.

Dated: June 7, 2022
New York, New York

JOHN P. CRONAN
United States District Judge