**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GENXIANG ZHANG and XINHUI ZHANG, on behalf of themselves and all other persons similarly situated,

        Plaintiffs,

-against-               17 **CIVIL** 7066 (JPC)

## JUDGMENT

HIRO SUSHI AT OLLIES, INC., d/b/a Hiro Sushi at Ollie's, et al.,

        Defendants.
-----------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 11, 2022, judgment is entered in favor of Plaintiffs against Defendants Hiro Sushi at Ollie's Inc., Tao Rong, and Yi Lu as follows: for Genxiang Zhang in the amount of $24,346.68 plus pre-judgment interest on $7,173.34 that is calculated from October 1, 2016 to the date judgment is entered, in the amount of $3,732.10; for Xinhui Zhang in the amount of $27,076.02, plus pre-judgment interest on $9,063.01 that is calculated from April 16, 2015 to the date judgment is entered, in the amount of $5,908.59; for Yu Zhen Zheng in the amount of $22,940.00, plus pre-judgment interest on $7,020.00 that is calculated from May 16, 2015 to the date judgment is entered, in the amount of $4,524.73; for Dan Dan Yuan in the amount of $18,312.32, plus pre-judgment interest on $8,031.16 that is calculated from December 18, 2014 to the date judgment is entered, in the amount of $5,471.53; an award of attorneys' fees and costs owed by Defendants Hiro Sushi at Ollie's Inc., Tao Rong, and Yi Lu in the amount of $30,906.40; and post-judgment interest; accordingly, the case is closed.

**Dated:** New York, New York

    July 12, 2022

                        **RUBY J. KRAJICK**
                      _____
                      **Clerk of Court**
                BY: _____K. Mango_____
                       **Deputy Clerk**